**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

PRUCO LIFE INSURANCE COMPANY,

        Plaintiff,

    v.

DEBRA HAMMACK, individually and in her
capacity as Personal Representative of the
Estate of William J. Kent, and JOHN/JANE
DOE(S) 1-10

        Defendants.

Case No.: 1:26-cv-01239-KG-LF

## <u>ORDER GRANTING MOTION TO CONTINUE TRO HEARING</u>

THIS MATTER, having come before the Court on Pruco Life Insurance Company's Second Motion to Continue TRO Hearing and Notice to the Court of Settlement, and the Court, being fully advised on the premises, finds the Motion is well taken.

IT IS THEREFORE ORDERED that the Motion is granted and the TRO Hearing is reset for Tuesday, May 19, 2026, at 1:30 p.m. in the Martha Vazquez Historical Courtroom (2nd Floor), Santa Fe, New Mexico.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.